UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Sally Marie Easley                                          Chapter 13
                                                                    Case No. ___
Debtor.

# Chapter 13 Plan

Address:        Debtor   3800 Christy Cove, Memphis, TN 38111

Plan Payment:

Debtor Shall Pay:  $390.00 Monthly  By:  (X) Direct Pay  Social Security
    Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes   ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes   (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By: ( ) Debtor Directly ( ) Wage Assignment  ( ) Trustee To:          Monthly Pmt.
                               ongoing payment begins
                               Approximate arrearage
                               ongoing payment begins
                               Approximate arrearage

5. Priority Claims:                                                                            Monthly Pmt.
                                                                  Amount
                                                                  Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or ( ) Paid by Trustee To:            Monthly Pmt.
                               ongoing payment begins
                               Approximate arrearage           Interest
                               ongoing payment begins
                               Approximate arrearage           Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Title Max (2006 Mercury Grand Marquis) | $ 6,229.31 | 0.00% | $125.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   _____ Collateral _____
   _____ Collateral _____

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| DMCS(partial) | $ 1,000.00 | 4.00% | $20.00 |

11. Student Loan Claims and Other Long Term Claims:

    DMCS (remaining balance)    (X) Not Provided For    ( ) General Unsecured Creditor
    _____     ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    Progressive Leasing                         (X) Assume      ( ) Reject
    Stephanie Morris                            (X) Assume      ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908         Date    February 8, 2019
    Debtor's Attorney's Signature

                                                                                February 8, 2019

                                                                                910 > August 12, 2016